```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 29444
   ANTONIO CRUZ
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6511

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 10/30/2008 and was not confirmed.

   The case was dismissed without confirmation 12/04/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
WELLS FARGO FINANCIAL IL  UNSECURED           1022.67         .00            .00
PIERCE & ASSOCIATES       MORTGAGE NOTI     NOT FILED         .00            .00
HOME LOAN SERVICES        CURRENT MORTG          .00          .00            .00
HOME LOAN SERVICES        SECURED NOT I     30738.06          .00            .00
PRO SE DEBTOR             DEBTOR ATTY            .00                         .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                       ---------------      ---------------
TOTALS                     .00                     .00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/05/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```